## CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____   Erie _____   Johnstown __X__

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. _X_ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Diamond Williams-Dorsey

Is indictment waived: ____ Yes   _X_ No

Pretrial Diversion: ____ Yes   _X_ No

Juvenile proceeding: ____ Yes   _X_ No

Defendant is: ____ Male   _X_ Female

Superseding indictment or information  _X_ Yes   ____ No

Previous case number: 3:22-cr-21

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
_X_ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Cambria/Indiana

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | |
| Total defendants: | 29 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 29 | |
| Defendant's name: | Diamond Williams-Dorsey | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute Schedule II controlled substances | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: February 14, 2023

*/s/ Arnold P. Bernard, Jr.*
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID NO. 313734